```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

UNITED STATES OF AMERICA,             )
                                      )   No. CR-11-107-WFN-13
                   Plaintiff,         )
                                      )   ORDER GRANTING MOTION TO
v.                                    )   MODIFY CONDITIONS OF RELEASE
                                      )
CRUZ RANGEL, a/k/a Pica,              )
                                      )
                   Defendant.         )
                                      )

Before the court is Defendant's unopposed Motion to Modify Conditions of Pretrial Release. The court has reviewed the reasons for the request.

**IT IS ORDERED** that Defendant's Motion **(ECF No. 558)** is **GRANTED**.

Electronic home monitoring and the curfew shall be removed as conditions of pretrial release. (ECF No. 313 at 5-6.) The Defendant is required to abide by all other terms and conditions of Order Setting Conditions of Release entered on July 27, 2011. (ECF No. 313.)

DATED November 15, 2011.

                          S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE - 1