UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR-11-107-WFN-13 |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO MODIFY CONDITIONS |
| | ) | OF PRETRIAL RELEASE |
| CRUZ GONZALEZ RANGEL, a/k/a | ) | |
| Pica, a/k/a Cruz Rangel, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is Defendant's unopposed Motion to Modify Conditions of Pretrial Release. The court having reviewed the reasons for the request, and there being no objection from the government or from the U.S. Probation office,

**IT IS ORDERED** that the Motion **(ECF No. 637)** is **GRANTED**.

Defendant shall be permitted to travel to the Western District of Washington without prior written authorization from the U.S. Probation Office. Defendant shall call the U.S. Probation Office at least 48 hours in advance of travel to notify them of his travel plans, including his departure and return schedules. Defendant shall notify the U.S. Probation Office in the event his travel plans change during the course of travel. The Defendant is required to abide by all other terms and conditions of the Order setting conditions of release entered on July 27, 2011. (ECF No. 313.)

A copy of this Order shall be provided to the U.S. Probation Office, counsel for the Defendant and counsel for the government.

DATED November 22, 2011.

                    S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO
MODIFY CONDITIONS OF PRETRIAL RELEASE - 1